**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **SHAWN VENEZIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:09-cv-430** |
| | ) | |
| **12th & DIVISION PROPERTIES, LLC;** | ) | **Judge Thomas A. Wiseman, Jr.** |
| **CJUF II TERRAZZO LLC; and** | ) | |
| **BANK OF AMERICA, N.A.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

*consolidated with*

| | |
|---|---|
| **JEFFREY D. KULA and KARIN L. KULA,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **12th & DIVISION PROPERTIES, LLC;** | ) |
| **CJUF II TERRAZZO LLC; and** | ) |
| **BANK OF AMERICA, N.A.,** | ) |
| | ) |
| **Defendants.** | ) |

*consolidated with*

| | |
|---|---|
| **TARA McKNIGHT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **12th & DIVISION PROPERTIES, LLC;** | ) |
| **CJUF II TERRAZZO LLC; and** | ) |
| **BANK OF AMERICA, N.A.,** | ) |
| | ) |
| **Defendants.** | ) |

## <u>ORDER</u>

Before the Court is the Motion to Dismiss (Doc. No. 36) filed by Defendants 12th & Division

Properties, LLC and CJUF II Terrazzo LLC, seeking dismissal of certain claims set forth in the Second

Amended Complaint filed in *Venezia*, the First Amended Complaint in *Kula*, and the Complaint in

*McKnight* (collectively, the "Amended Complaints"), which matters have been consolidated for all

purposes. For the reasons explained in the accompanying Memorandum Opinion, the Court finds that

Plaintiffs have failed to state a plausible claim for relief based upon Defendants' failure to "register" the Terrazzo Project with HUD or based upon Defendants' decision to use "non-sound-insulated glass" on the Project. The motion (Doc. No. 36) is hereby **GRANTED** insofar as it pertains to those claims, and those claims are **DISMISSED WITH PREJUDICE**. In all other respects, Defendants' motion is **DENIED**.

The parties are further advised that all future filings in these consolidated matters should be entered under Civil Case No. 3:09-cv-430 only.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge